1

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

4

John Ho,

Case: 3:13-CV-04508-MEJ

5

Plaintiff,

**NOTICE OF DISMISSAL &
ORDER THEREON**

6

v.

7

8

9

10

11

Donald M. Rogers, in his individual
and representative capacity as trustee
of the Rogers Trust;
Helen E. Rogers, in her individual
and representative capacity as trustee
of the Rogers Trust; and Does 1-10,

12

Defendants.

13

14

15

**ORDER**

16

17

Having read the foregoing notice and good cause appearing therefore,

18

the entire case is hereby ordered dismissed with prejudice.

19

20

Dated: June 12, 2014

21

HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1

Notice of Dismissal          Case: 3:13-CV-04508-MEJ